# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 25-0999-JPR**                                      Date: **May 21, 2025**
Title:  **Miguel Hernandez v. So Cal Auto Clinic et al.**
==============================================================
**DOCKET ENTRY: Order to Plaintiff to Show Cause**
==============================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANTS:
           None present                                                         None present

**PROCEEDINGS: (IN CHAMBERS)**

On February 5, 2025, Plaintiff filed the Complaint in this civil action. He filed a proof of service on Defendant Papazian on March 3 and a proof of service on Defendant So Cal Auto Clinic on March 4. Defendants did not timely answer the Complaint, challenge service in any way, or otherwise respond to the Complaint.

Plaintiff moved for entry of default as to So Cal Auto Clinic on March 24 and as to Papazian on April 1. Default was entered on March 26 and April 2, respectively. Although default has been entered as to all named Defendants, Plaintiff has not yet moved for default judgment.

Accordingly, Plaintiff must move for default judgment within 14 days of the date of this order or show cause in writing why this action should not be dismissed for failure to prosecute. If he does neither, the action will likely be dismissed.

MINUTES FORM 11                                                          Initials of Deputy Clerk: bm
CIVIL-GEN