JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ, | ) Case No. CV 25-0999-JPR |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| SO CAL AUTO CLINIC et al., | ) |
| Defendants. | ) |

    For the reasons set forth in the accompanying Order Granting Plaintiff's Motion for Entry of Default Judgment, it is ADJUDGED THAT Plaintiff MIGUEL HERNANDEZ shall have JUDGMENT in Plaintiff's favor in the amount of $4,000 in statutory damages, $2,000 in attorney's fees, and $670 in costs, for a total of $6,670, against Defendants SO CAL AUTO CLINIC and ANOUSH PAPAZIAN, as trustee of the ANOUSH PAPAZIAN TRUST.

    In addition, Defendants SO CAL AUTO CLINIC and ANOUSH PAPAZIAN, as trustee of the ANOUSH PAPAZIAN TRUST, are ORDERED to provide an accessible entryway to the auto-repair shop on the property located at or about 7026 Foothill Boulevard, Tujunga,

California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: August 4, 2025

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE